UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JANET HOYT,

                                                            CASE NO.: 2:16-cv-14569-DMM

    Plaintiff,

vs.

RELLA'S BISTRO, LLC,
d/b/a SALTY'S BAR & GRILL OF SEBASTIAN,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, RELLA'S BISTRO, LLC, d/b/a SALTY'S BAR & GRILL OF SEBASTIAN, has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                                 BY: /s/ Jason S. Weiss
                                                       Jason S. Weiss
                                                       Jason@jswlawyer.com
                                                       Florida Bar No. 356890
                                                       Peter S. Leiner
                                                       Peter@jswlawyer.com
                                                       Florida Bar No. 104527
                                                       **WEISS LAW GROUP, P.A.**
                                                       5531 N. University Drive, Suite 103
                                                       Coral Springs, FL 33067
                                                       Tel: (954) 573-2800
                                                       Fax: (954) 573-2798
                                                       *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              BY: /s/ Jason S. Weiss
                                     Jason S. Weiss
                                     Jason@jswlawyer.com
                                     Florida Bar No. 356890
                                     Peter S. Leiner
                                     Peter@jswlawyer.com
                                     Florida Bar No. 104527